UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY HOSMER,<br><br>                          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; TEDDY ELLORIN,<br><br>                          Defendants. | Case No.: 19-CV-640 JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 38) |

Presently before the Court is the Parties' Joint Motion to Dismiss Action with Prejudice (ECF No. 38).  Good cause appearing, the Court **GRANTS** the Joint Motion.  As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the action in its entirety, with each Party to bear its own costs and attorney's fees.  The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated: October 13, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge